**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Illinois
(State)

Case number (If known): 19-01811　　Chapter 11

☑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**　　Perfect Brow Art, Inc.

2. **All other names debtor used in the last 8 years**　　Brow Art 23

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)　　2 0 – 3 6 5 5 7 3 1

4. **Debtor's address**

   **Principal place of business**
   3330 Skokie Valley Rd., Ste 200
   Number　Street

   Highland Park　IL　60035
   City　State　ZIP Code

   Lake
   County

   **Mailing address, if different from principal place of business**
   3223 Lake Ave., Ste.15C
   Number　Street

   P.O. Box

   Wilmette　IL　60091
   City　State　ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number　Street

   City　State　ZIP Code

5. **Debtor's website** (URL)　　www.browart23.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 1

Debtor __Perfect Brow Art, Inc._____    Case number *(if known)*_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4  4  6  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY
        District _____  When _____  Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor __Perfect Brow Florida, Inc._____  Relationship __Affiliate_____
        District __Northern District of Illinois_____  When __1/22/2019__
                                                            MM / DD / YYYY
        Case number, if known _____

Debtor __Perfect Brow Art, Inc._____    Case number *(if known)*_____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**_____<br>                  Number      Street<br>_____<br>_____  _____  _____<br>         City                       State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49            ☐ 1,000-5,000          ☐ 25,001-50,000<br>☐ 50-99           ☐ 5,001-10,000         ☐ 50,001-100,000<br>☒ 100-199       ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000            ☒ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  Perfect Brow Art, Inc.                            Case number (*if known*)
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/22/2019
             MM / DD / YYYY

✗ /s/ Elizabeth Porikos-Gorgees          Elizabeth Porikos-Gorgees
Signature of authorized representative of debtor    Printed name

Title  President and Sole Shareholder

**18. Signature of attorney**

✗ /s/ Harold D. Israel                    Date  1/22/2019
Signature of attorney for debtor                MM / DD / YYYY

Harold D. Israel
Printed name
Goldstein & McClintock LLLP
Firm name
111 W. Washington Street, Suite 1221
Number    Street
Chicago                                    IL       60602
City                                       State    ZIP Code

312-337-7700                               haroldi@goldmclaw.com
Contact phone                              Email address

6216289                                    IL
Bar number                                 State

## Supplemental List for Part 10

- Perfect Brow Puerto Rico, Inc., Affiliate; Filed in Northern District of Illinois on 1/22/2019
- Ooh La La Beauty Bar Franchise, Inc., Affiliate; Filed in Northern District of Illinois on 1/22/2019
- Locks Rock, Inc., Affiliate; Filed in Northern District of Illinois on 1/22/2019
- Perfect Brow New York, Inc., Affiliate; Filed in Northern District of Illinois on 1/22/2019
- P.B. Art Franchise, Inc., Affiliate; Filed in Northern District of Illinois on 1/22/2019
- Perfect Brow Oakland, Inc., Affiliate; Filed in Northern District of Illinois on 1/22/2019

**Fill in this information to identify the case:**

Debtor name: Perfect Brow Art, Inc.
United States Bankruptcy Court for the: Northern District of Illinois (State)
Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Simon Property Group<br>2225 West Washington Street<br>Indianapolis, IN 46204 | T: 317-636-1600<br>F: 317-263-2318 | Rent | | | | $242,186.70 |
| 2 | Brookfield Properties<br>250 Vesey Street, 15th FL<br>New York, NY 10281 | T: 212-417-7000<br>F: 212-417-7214 | Rent | | | | $205,668.92 |
| 3 | Kenneth Bratt, CPA<br>915 S. Western Ave.<br>Park Ridge, IL 60068 | T: 847-894-9628<br>kjbratt@comcast.net | Professional Services | | | | $168,540.00 |
| 4 | Washington Prime Group, Inc<br>180 East Broad Street<br>Columbus, OH  43215 | T: 614-621-9000 | Rent | | | | $159,191.45 |
| 5 | Taubman<br>200 E. Long Lake Road<br>Suite 300<br>Bloomfield Hills, MI  48304-2324 | T: 248-258-6800 | Rent | | | | $153,686.01 |
| 6 | Macerich<br>41 Wilshire Boulevard, Ste. 700<br>Santa Monica, CA  90401 | T: 310-394-6000 | | | | | $135,092.74 |
| 7 | CBL Properties<br>CBL Center, Suite 500<br>2030 Hamilton Place Blvd.<br>Chattanooga, TN  37421 | T: 423-855-0001 | Rent | | | | $123,825.55 |
| 8 | Centennial Real Estate Management, LLC<br>8570 N. Central Expressway, Ste 1740<br>Dallas, TX  75231 | T: 972-888-8000<br>F: 214-774-9933<br>hello@CentennialREC.com | Rent | | | | $121,745.71 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor __Perfect Brow Art, Inc._____        Case number (*if known*)_____
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Starwood Retail Partners<br>1 East Wacker, Ste. 3600<br>Chicago, IL 60601 | T: 312-242-3200 | Rent | | | | $101,461.83 |
| 10 | Nationwide Credit, Inc.<br>PO Box 14581<br>Des Moines, IA 50306-3581 | T: 1-877-256-7821 | Trade Debt | | | | $82,911.80 |
| 11 | American Express<br>Box 0001<br>Los Angeles CA 90096-8000 | T: 1-800-492-3344 | Trade Debt | | | | $63,912.85 |
| 12 | Spinoso Real Estate Group, LLC<br>112 Northern Concourses<br>North Syracuse, NY 13212 | T: 315-425-1000<br>Info@Spinosoreg.com | Rent | | | | $54,278.76 |
| 13 | WC Independence Center LLC<br>222 E. Dunklin, Ste 102<br>Jefferson City, MO 65101 | T: 816-795-8602 | Rent | | | | $51,790.00 |
| 14 | Virtual General Counsel<br>1759 W. Wellington Ave., Ste 4000<br>Chicago IL 60657 | T: 773-220-5074<br>jim@virtualgc.net | Professional Services | | | | $48,563.27 |
| 15 | Bank of America – Visa Business Card<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | T: 1-800-673-1044 | Trade Debt | | | | $47,784.52 |
| 16 | Crawford Mertz, LLC<br>33 South Sixth Street #4510<br>Minneapolis, MN 55402 | T: 612-874-9011<br>F: 612-847-9015<br>Accounting@crafordmerz.com | Professional Services | | | | $42,894.00 |
| 17 | Richmond Town Square<br>691 Richmond Rd.<br>Richmond Heights, OH 44143 | T: 440-683-1083 | Rent | | | | $37,063.77 |
| 18 | NGG Facility Services International<br>263 Jenckes Hill Rd<br>Lincoln, RI 02865-4415 | T: 800-556-6484<br>F: 800-334-5272 | Trade Debt | | | | $29,020.53 |
| 19 | Kelly Service – IT<br>Kelly World Headquarters<br>999 West big Beaver Road<br>Troy, MI 48084-4782 | T: 248-362-4444 | Trade Debt | | | | $28,653.00 |
| 20 | MOAC Mall Holding LLC<br>60 East Broadway<br>Bloomington, MN 55425 | T: 952-883-8800<br>F: 952-883-8866 | Rent | | | | $27,559.74 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

**Fill in this information to identify the case:**

Debtor name: Perfect Brow Art, Inc.

United States Bankruptcy for the District of: Northern Illinois

Case number:

☐ Check if this is an amended filing

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206G)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/22/2019

/s/ Elizabeth Porikos-Gorgees
Signature of individual signing on behalf of debtor

Elizabeth Porikos-Gorgees
Printed name

President and Sole Shareholder
Position or relationship to debtor